UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-CR-079 |
| | ) | |
| CHRISTOPHER A. NICHOLS | ) | |

## MEMORANDUM AND ORDER

Now before the Court is the defendant's second motion to continue trial. [Doc. 18]. Defense counsel states that another continuance of approximately 90-120 days is needed to fully review discovery with the defendant and to advise him regarding the best disposition of this case. The United States does not oppose the requested relief.

The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the Court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 18] is **GRANTED**. The trial of this criminal case is **CONTINUED** from January 11, 2022, to **Tuesday, May 3, 2022, at 9:00 a.m.** in Knoxville. The new plea cutoff date is April 4, 2022.

**IT IS SO ORDERED.**

ENTER:

_____
s/ Leon Jordan
United States District Judge